JS - 6

FILED
CLERK, U.S. DISTRICT COURT
MAY 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY MCU DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT ROBB

        Plaintiff,

vs.

LOWE'S HIW INC.

        Defendants.

CASE NO. 13-3752 GHK (RZx)

**ORDER OF DISMISSAL**

    The Court having been advised by counsel for the parties that the above-entitled action has been settled,

    **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

DATED: 5/9/14

GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE